UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-62522-Civ-COOKE/HUNT

SHARON CHENEVERT,

    Plaintiff,

vs.

CONTINENTAL FINANCE COMPANY, LLC,

    Defendant.

_____/

## OMNIBUS ORDER ON MOTIONS

THIS CASE is before me upon Plaintiff's Motion for Entry of Default Judgment (ECF No. 16) and Defendant Continental Finance Company, LLC's Motion to Set Aside Entry of Default and Opposition to Entry of Default Judgment, and Showing of Good Cause (ECF No. 19). I have reviewed Motions, the responses in opposition, and the arguments made by the parties at the Motions Hearing on May 11, 2018.

For the reasons stated at the Motions Hearing, it is hereby **ORDERED and ADJUDGED** as follows:

1. Defendant Continental Finance Company, LLC's Motion to Set Aside Entry of Default and Opposition to Entry of Default Judgment, and Showing of Good Cause (ECF No. 19) is **DENIED**.

2. Plaintiff's Motion for Entry of Default Judgment (ECF No. 16) is **GRANTED** *in part*. Default judgment is entered against Defendant Continental Finance Company, LLC. An evidentiary hearing on the issue of damages will be set by separate order.

3. The Clerk shall *administratively* **CLOSE** this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 21st day of May 2018.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of record*